# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRIESING LAW, LLC, | : |
| Plaintiff, | : CIVIL ACTION NO. 2:22-cv-03302 |
| v. | : |
| KLEINBARD LLC, | : |
| Defendant | : |

## ENTRY OF APPEARANCE

To the Clerk of Court:

Kindly enter the appearance of James D. Schultz of Holland & Knight LLP as counsel for Defendant Kleinbard LLC in the above-referenced matter.

Respectfully submitted,

s/ James D. Schultz
James D. Schultz
ID No. 83417
James.Schultz@hklaw.com
**HOLLAND & KNIGHT LLP**
Cira Centre
2929 Arch Street, Suite 800
Philadelphia, PA 19104
(215) 252-9600

Dated: August 26, 2022

**CERTIFICATE OF SERVICE**

      I, James D. Schultz hereby certify that on the date indicated below, a true and correct copy of the foregoing Entry of Appearance was filed via the Court's ECF system, causing notice and service of same to be sent to all counsel of record

                                                               s/ James D. Schultz_____

Dated:  August 26, 2022