**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **GRIESING LAW, LLC,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 22-3302** |
| | : | |
| **KLEINBARD LLC,** | : | |
| **Defendant.** | : | |

## <u>O R D E R</u>

**AND NOW**, this 30th day of August, 2022, upon consideration of Plaintiff's Motion for Leave to file a Supplemental Complaint (Doc. No. 7), it is hereby **ORDERED** that Defendant shall respond to Plaintiff's Motion  (Doc. No. 7) <u>**no later than**</u> **Tuesday September 6, 2022 at 12:00 p.m.**

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.