# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRIESING LAW, LLC, | : |
| Plaintiff, | : CIVIL ACTION NO. 2:22-cv-03302-PD |
| v. | : |
| KLEINBARD LLC, | : |
| Defendant | : |

## STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, that Defendant's time to answer, move or otherwise plead in response to Plaintiff's Complaint filed on August 18, 2022, is hereby extended by thirty (30) days until October 13, 2022. This is the first requested extension and no further extensions are contemplated at this time. A faxed, e-signature, or photocopied signature of this Stipulation shall act as an original signature for purposes of execution.

Dated: September 1, 2022

| GRIESING LAW, LLC | HOLLAND & KNIGHT LLP |
|---|---|
| By: | By: |
| *s/ Julie Negovan (with permission)* | |
| Julie Negovan | Carolyn P. Short |
| Melissa Hazell Davis | Nipun J. Patel |
| R. Keith Petersen | 2929 Arch Street, Suite 800 |
| 1880 JFK Blvd., Suite 1800 | Philadelphia, PA 19104 |
| Philadelphia, PA 19103 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

**APPROVED AND SO ORDERED:**

*/s/ Paul S. Diamond*  
**HON. PAUL S. DIAMOND, U.S.D.J.**

Dated: September 2, 2022