IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRIESING LAW, LLC,<br>    Plaintiff,<br>v.<br><br>KLEINBARD LLC,<br>    Defendant. | CIVIL ACTION NO. 2:22-cv-03302-PSD |

## NOTICE OF APPEAL

Notice is hereby given that Griesing Law, LLC, Plaintiff in the above captioned matter, appeals to the United States Court of Appeals for the Third Circuit from the Order Denying Plaintiff's Motion for Leave to File a Supplemental Complaint entered in this action on October 19, 2022, ECF No. 15; the Order Granting Defendant Kleinbard LLC's Motion to Dismiss Counts IV, V, and VI entered in this action on February 7, 2023, ECF No. 20; and the Order Granting Defendant Kleinbard LLC's Motion to Dismiss and Denying Plaintiff's Motion for Summary Judgment entered in this action on April 25, 2024, ECF No. 47. A true and correct copy of Order (ECF No. 15), Order (ECF No. 20), and Order (ECF No. 47) are attached hereto as Exhibits "A," "B," and "C," respectively.

Dated: May 3, 2024                                         GRIESING MAZZEO LAW, LLC

<p style="margin-left:40%"><em><u>/s/ Julie Negovan, Esq.</u></em><br>
Julie Negovan, Esq.<br>
Identification Nos. 81231<br>
1880 John F. Kennedy Blvd., Suite 1800<br>
Philadelphia, PA 19103<br>
(215) 618-3720<br>
(215) 814-9049 [fax]<br>
jnegovan@griesingmazzeo.com<br>
***Attorneys for Plaintiff***</p>

## **CERTIFICATE OF SERVICE**

I, Julie Negovan, Esquire, hereby certify that on the date below, the foregoing Notice of Appeal was electronically filed and served upon all counsel of record via this Court's electronic filing system.

Dated:  May 3, 2024                                GRIESING MAZZEO LAW, LLC

                                                                   /s/ *Julie Negovan, Esq.*
                                                                   Julie Negovan, Esq.
                                                                   Identification Nos. 81231
                                                                   1880 John F. Kennedy Blvd., Suite 1800
                                                                   Philadelphia, PA 19103
                                                                   (215) 618-3720
                                                                   (215) 814-9049 [fax]
                                                                   jnegovan@griesingmazzeo.com
                                                                   ***Attorneys for Plaintiff***