**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GRIESING LAW, LLC,** | : | |
|       Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 22-3302 |
| | : | |
| **KLEINBARD LLC,** | : | |
|       Defendant. | : | |

**O R D E R**

**AND NOW**, this 4th day of September, 2024, it is hereby **ORDERED** that an Evidentiary Hearing shall be held on **Thursday, September 12, 2024, at 11:00 a.m**. in Courtroom 14A, United States District Court, 601 Market Street, Philadelphia, PA 19106, at which movant Kleinbard may present any additional evidence and argument supporting the imposition of sanctions against Julie Negovan, and Ms. Negovan may present evidence and argument as to why sanctions should not be imposed.

                                                       **AND IT IS SO ORDERED**

                                                       */s/ Paul S. Diamond*
                                                       Paul S. Diamond, J.