IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRIESING LAW, LLC,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 22-3302 |
| : | |
| **KLEINBARD LLC,** : | |
| Defendant. : | |

**O R D E R**

**AND NOW**, this 5th day of September, 2024, it is hereby **ORDERED** that the Parties shall <u>**no later than**</u> **Monday, September 9, 2024 at 12:00 pm** provide all written discovery requests and responses exchanged throughout this litigation**.**

**AND IT IS SO ORDERED**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.