# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRIESING LAW, LLC,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 22-3302 |
| | : | |
| **KLEINBARD LLC,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 9th day of September, 2024, upon consideration of Attorney Julie Negovan's Letter Request to Postpone the Evidentiary Hearing (Doc. No. 58), it is hereby **ORDERED** that the Evidentiary Hearing previously scheduled for Thursday, September 12, 2024, at 11:00 a.m. is hereby **RESCHEDULED** to **Thursday, September 26, 2024, at 11:00 a.m.** in Courtroom 14A, United States District Court, 601 Market Street, Philadelphia, PA 19106.

**AND IT IS SO ORDERED**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.