IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRIESING LAW, LLC,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 22-3302 |
| | : | |
| **KLEINBARD LLC,** | : | |
| Defendant. | : | |

## O R D E R

On September 26, 2024, I held an Evidentiary Hearing on Kleinbard LLC's Motion for Sanctions against Attorney Julie Negovan. (Doc. No. 48). The September 26 hearing was continued. **AND NOW**, this 27th day of September, 2024, it is hereby **ORDERED** that an Evidentiary Hearing **SHALL resume** on **October 29, 2024 at 1:30 p.m.** in Courtroom 14A, United States District Court, 601 Market Street, Philadelphia, PA 19106. Parties should be prepared to present all evidence and testimony relevant to their arguments.

**AND IT IS SO ORDERED**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.