UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2782

Griesing Law LLC v. Kleinbard LLC

(U.S. District Court No.: 2-22-cv-03302)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 30, 2024
CJG/cc:     Melissa Hazell Davis, Esq.
              Francine F. Griesing, Esq.
              Patrick McCabe, Esq.
              Nipun J. Patel, Esq.
              Jessica Tarapchak, Esq.
              Joshua J. Voss, Esq.
              Mr. George V. Wylesol
              Samantha G. Zimmer, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate