**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **GRIESING LAW, LLC,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 22-3302 |
| | : | |
| **KLEINBARD LLC,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 28th day of October, 2024, it is hereby **ORDERED** that the Evidentiary Hearing scheduled for Tuesday, October 29, 2024, at 1:30 p.m. is hereby **RESCHEDULED** to **Monday, November 4, 2024, at 2:00 p.m.** in Courtroom 14A, United States District Court, 601 Market Street, Philadelphia, PA 19106.

**AND IT IS SO ORDERED**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.