

DANIEL C. FLEMING
Member of  NY, NJ, PA, MD, OH, CA and DC Bars

dfleming@wongfleming.com

November 1, 2024

**Via CM/ECF**

Hon. Paul S. Diamond, U.S.D.J.
U.S. District Court for the
   Eastern District of Pennsylvania
14614 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

      **Re:**    *Griesing Law, LLC v. Kleinbard LLC*, Civil Action No. 2:22-cv-03302-PSD

Dear Judge Diamond:

      The Parties in the above-referenced lawsuit wish to advise the Court that they have entered into a confidential settlement agreement and release in this matter.  We will be filing a joint stipulation of dismissal with prejudice, possibly as early as today, which will include a withdrawal with prejudice of Defendant Kleinbard LLC's Motion for Sanctions against Julie Negovan.

      We therefore respectfully request that the Court cancel the hearing on Defendant's Motion for Sanctions, currently scheduled for Monday, November 4, 2024 at 1:30 pm.

      Respectfully yours,

WONG FLEMING PC                                           POLSINELLI PC

*/s/Daniel C. Fleming, Esq.*                         */s/Nipun J. Patel, Esq.*
Daniel C. Fleming, Esq.                            Nipun J. Patel
*Attorneys for Plaintiff*                               *Attorneys for Defendant*

821 ALEXANDER ROAD, SUITE 200 ⬥ P.O. BOX 3663 ⬥ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ⬥ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**

CALIFORNIA ⬥ FLORIDA ⬥ GEORGIA ⬥ ILLINOIS ⬥ INDIANA ⬥ MICHIGAN
NEW JERSEY ⬥ NEW YORK ⬥ PENNSYLVANIA ⬥ TENNESSEE ⬥ TEXAS ⬥ WASHINGTON

ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED