IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRIESING LAW, LLC,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 22-3302 |
| | : | |
| **KLEINBARD LLC,** | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 1st day of November, 2024, it having been reported that the Parties in the above action have reached a settlement, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court and Rule 41 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the above action is **DISMISSED with prejudice and without costs**. This order may be vacated or stricken from the record for good cause within ninety days. See E.D. Pa. Local R. Civ. P. 41.1(b). The Evidentiary Hearing scheduled for November 4, 2024 is hereby **CANCELLED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.