# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1856

Griesing Law LLC v. Kleinbard LLC

(U.S. District Court No.: 2-22-cv-03302)

# ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:	November 06, 2024
LMR/cc:	Francine F. Griesing, Esq.
Patrick McCabe, Esq.
Joshua J. Voss, Esq.
Mr. George V. Wylesol,
Samantha G. Zimmer, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate